IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              NO. 4:24-po-00214-JJV

MICHAEL OWENS                                                                                DEFENDANT

## JUDGMENT

On September 3, 2025, this action came before the Court for a bench trial. The United States appeared through its counsel, Assistant United States Attorney Katie Hinojosa, and Special Assistant United States Attorneys Todd Elder and Hannah Watterson. The defendant appeared with his counsel, Richard H. Mays and Hannah Gore Gipson. Following witness testimony and the receipt of evidence, the Court found that Mr. Owens had committed the offense cited in CVB ticket no. EA22/2173631 – a violation of 36 CFR 327.14(a), the destruction, injury, defacement, removal or any alteration of public property.

The Court ordered the defendant to pay $16,761.91 in restitution to the Corps of Engineers Project Office. The defendant must also pay a $30.00 special processing fee to CVB. The restitution and special processing fee must be paid in full by March 4, 2026.

IT IS SO ORDERED this 4th day of September 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE